No. 132. SADIE A. STEAD, EXECUTRIX, ETC., ET AL.,
APPELLANTS, *v.* ISABELLA M. CURTIS ET AL. Appeal from
the United States Circuit Court of Appeals for the Ninth
Circuit. Argued December 10 and 13, 1915. Decided
December 20, 1915. *Per Curiam.* Dismissed for want of
jurisdiction upon the authority of (1) *Cosmopolitan Mining Co.* v. *Walsh*, 193 U. S. 460; *Farrell* v. *O'Brien*, 199
U. S. 89; *Empire State-Idaho Mining Co.* v. *Hanley*, 205
U. S. 225, 235–236; (2) *Arbuckle* v. *Blackburn*, 191 U. S.
405; *Hull* v. *Burr*, 234 U. S. 712, 720; *Merriam Co.* v.
*Syndicate Publishing Co.*, 237 U. S. 618, 621. *Mr. Horace
W. Philbrook* for the appellants. *Mr. Garret W. McEnerney, Mr. John S. Partridge* and *Mr. C. H. Lovell* for
the appellees.